THOMAS W. SHACKLEFORD, Respondent, *v.* THOMAS A.
McINTYRE, Appellant.

*Shackleford* v. *McIntyre*, 95 App. Div. 632, appeal dismissed.
(Argued February 20, 1905; decided February 28, 1905.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered June 15, 1904, affirming a judgment in
favor of plaintiff entered upon a verdict and an order denying
a motion for a new trial.

The motion was made upon the grounds:

*First.* That the court has no jurisdiction to review said
judgment and order of the Appellate Division upon said
appeal for the reason that said judgment and order sought to
be reviewed are a judgment and order of affirmance rendered
after September 1, 1900, in an action to recover compensation
for services, including expenses incidental thereto, and that
the decision of the Appellate Division of the Supreme Court
sought to be reviewed was unanimous and that no certificate
of such Appellate Division was granted allowing said review,
nor was such appeal allowed by a judge of the Court of
Appeals.

*Second.* On the further ground that no question of law is
involved in said appeal; that the verdict on which the judg-
ment of the Appellate Division was entered was not directed
by the court, and that there was evidence supporting the same,
and that the Appellate Division so decided by unanimous
decision, and that the only two exceptions appearing on the

record in this case are frivolous, and that the only effect of said appeal is to cause delay.

*Edward L. Blackman* and *Alfred B. Cruikshank* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

No one opposed.